MN-305

RECEIVED

10 NOV -9 AM 9: 36

U.S. BANKRUPTCY COURT
ST. PAUL, MN

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Craig S. Strowbridge

Chapter 7 Case No.   09-35020

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Dell Financial Services - PO Box 10390 Greenville, SC 29603 | 1 | 1272.06 | 0.21 |
| Citibank, PO Box 19008 Greenville, SC 29602 | 2 | 2458.29 | 0.39 |
| Woodwinds Health, NW 8947, PO Box 1450 Minneapolis, MN 55485 | 3 | 118.30 | 0.02 |
| Chase Bank USA, PO Box 15145 Wilmington, DE 19850 | 4 | 8111.18 | 1.28 |
| Chase Bank USA, PO Box 15145 Wilmington, DE 19850 | 5 | 1473.16 | 0.23 |
| Chase Bank USA, PO Box 15145 Wilmington, DE 19850 | 6 | 16763.68 | 2.65 |
| St. Paul Radiology 166 4th St E St. Paul, MN 55101 | 7 | 204.60 | 0.03 |
| FIA Card Services, PO Box 248809 Oklahoma City, OK 73124 | 9 | 2150.32 | 0.34 |
| FIA Card Services, PO Box 248809 Oklahoma City, OK 73124 | 10 | 10094.62 | 1.60 |
| Total | | | 6.75 |

Date:   November 8, 2010

_____
Trustee